

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **ZACHARY W. CARTER** | **LAW DEPARTMENT** | **TANYA N. BLOCKER** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-3177<br>tblocker@law.nyc.gov |

December 22, 2015

**VIA EMAIL AND FIRST CLASS MAIL** (RAndors@smorellilaw.com>
The Law Office of Steven A. Morelli, P.C
990 Stewart Avenue Suite 130
Garden City
New York, N. Y. 11530

      Re:  *Linell & Edelman v. New York City Dep't of Ed. et. al.*
           Docket No. 15 Civ. 5085 (CBA) (MDG)

Dear Counsel:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action.  Pursuant to the Honorable Judge Carolyn B. Amon's Order, dated December 16, 2015, the Defendants serve the following documents on Plaintiffs:

- Defendants' Notice of Motion To Dismiss The Amended Complaint

- Declaration of Assistant Corporation Counsel Tanya N. Blocker In Support Of Defendants' Motion to Dismiss The Amended Complaint and Exhibits A - D; and

- Memorandum of Law in Support of Defendants' Motion to Dismiss The Amended Complaint

      Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                                        Sincerely,

                                        /s/ *Tanya N. Blocker*
                                        Tanya N. Blocker
                                        Assistant Corporation Counsel

- 2 -

cc:      Honorable Carolyn B. Amon (ECF)
           Chief United States District Judge
           United States District Court
           Eastern District of New York
           225 Cadman Plaza East
           Brooklyn, N.Y. 11201