UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CAROL LINELL and CECILIA EDELMANN,

        Plaintiff,

    - against -

NEW YORK CITY DEPARTMENT OF EDUCATION;
KAYE HOULIHAN, in her Official and Individual Capacity,
THOMAS OBERLE, in his Official and Individual Capacity, and
CHRISTINE CICCARONE, in her Official and Individual Capacity,

        Defendants.
-----------------------------------------------------------------x

CONSENT TO CHANGE ATTORNEY

Index No.: 15-cv-5085

    IT IS HEREBY CONSENTED, that the law firm of Jonathan A. Tand & Associates P.C., of 990 Stewart Avenue, Suite 130, Garden City, New York 11530, be substituted as attorneys of record for plaintiff CAROL LINELL on the above captioned matter in place and stead of the law firm of The Law Office of Steven A. Morelli 990 Stewart Avenue, Suite 130, Garden City, New York 11530 as of the date hereof.

Dated: May 26, 2016

_____
CAROL LINELL

_____
Jonathan A. Tand, Esq.
Jonathan A. Tand & Associates P.C.
990 Stewart Avenue, Suite 130
Garden City, New York 11530
(516) 393-9151

_____
Steven A. Morelli, Esq.
The Law Office of Steven A. Morelli
990 Stewart Avenue, Suite 130
Garden City, New York 11530