# LAW OFFICES OF JOSEPH F. KILADA, P.C.

**Long Island Office**
100 Quentin Roosevelt Boulevard, Suite 208
Garden City, NY 11530
Phone: (516) 222-0454
Fax: (516) 908-4266

October 27, 2016

*VIA ECF*
The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Linell et al. v. New York City Department of Education et al.*
   Docket No.: 15-cv-05085

Dear Judge Amon,

I was formerly an attorney at the Law Office of Steven A. Morelli. P.C. and worked on the above referenced case, for which Mr. Morelli was formerly the lead attorney.

As I resigned from my position from the Morelli firm and am currently at the firm above, I respectfully request to withdraw as counsel for Plaintiff.

Plaintiff will not be prejudiced by my withdrawal as the law firm of Jonathan A. Tand and Associates has been continuing to represent Plaintiffs.

Thank you for your consideration.

                                                               Very Truly Yours,

                                                               ___/s/_____
                                                               Rhoda Yohai Andors

Cc: Tanya N. Blocker *(via ECF)*